AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ray Eads | ) | Case No. 2:17-mj-00060 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
MAY 2 2 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 18, 2017** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

On 5/18/17, a state search warrant was executed at 2269 Smith Creek Rd in South Charleston, Kanawha County, WV. Ray Eads was present at the residence and officers located approx. 1,245 g of methamphetamine, a Sched. II controlled substance, which was located in Eads' bedroom with scales and baggies. The methamphetamine field tested positive. Eads admitted that the methamphetamine belonged to him and he had been selling methamphetamine.

☐ Continued on the attached sheet.

*Complainant's signature*

Det. Keven Allen, MDENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 22, 2017

*Judge's signature*

City and state: Charleston, WV    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*